# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mary Ellen Coulomb, | Civil No. 06-435 (RHK/JJG) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | **WITH PREJUDICE** |
| ev3, Inc., | |
| Defendant. | |

Based on the Stipulation (Doc. No. 46), **IT IS ORDERED** that all claims in this action are **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs and attorneys' fees.

Dated;  June 14, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge